IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BROOKE JOINER, as Surviving Spouse and Personal Representative of the Estate of Brandon Thomas Joiner, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 125-016 |
| CORRECTHEALTH, LLC; CORRECTHEALTH COLUMBIA, LLC; EBONY STAR LOVETT, LPN; DEPUTY ANDRE J. CLEMENTI; DEPUTY KEVIN S. NELSON; DEPUTY ROVANDA L. TURNER; LIEUTENANT APRIL MARCH; STAFF SERGEANT JIMMY GAINS; JOHN DOES ONE THRU FIVE; and SHC SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

The parties filed a Rule 26(f) Report on May 14, 2025. (Doc. no. 27.) The same day, the Clerk of Court issued a deficiency notice explaining counsel Chelsea Murphy is not admitted to the Southern District and, therefore, may not sign the 26(f) Report or otherwise appear in this Court. (See doc. no. 28.) The deadline to correct the deficiency has passed, and Ms. Murphy has not filed a motion for admission *pro hac vice*, nor have the parties have filed a revised 26(f) Report signed by properly admitted counsel. (See id.)

The Court **ORDERS** the parties to file a revised, joint 26(f) Report, signed by properly admitted counsel for each party, by no later than June 5, 2025.

SO ORDERED this 2nd day of June, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA