**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

BROOKE JOINER, as Surviving
Spouse and Personal
Representative of the Estate
of Brandon Thomas Joiner,
Deceased,

     Plaintiff,

       v.

DEPUTY ANDRE J. CLEMENTI and
DEPUTY KEVIN S. NELSON,

     Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CV 125-016

**O R D E R**

Before the Court are Plaintiff's motion to dismiss fewer than all defendants and to extend deadlines (Doc. 39), motion to dismiss fewer than all defendants and extend deadlines (Doc. 40), and unopposed motion to amend complaint (Doc. 41). On February 9, 2026, the Court granted the Parties' joint motion to amend Scheduling Order and granted Plaintiff leave to file an amended complaint. (Doc. 44.) On February 9, 2026, Plaintiff filed an amended complaint (the "Second Amended Complaint"). (Doc. 45.)

Because the Court granted Plaintiff leave to file an amended complaint, Plaintiff's motions (Docs. 39, 40, 41) are **DENIED AS MOOT**. The Court **DIRECTS** the **CLERK** to update the list of Defendants on the docket in accordance with the caption of this Order, which

is consistent with Plaintiff's Second Amended Complaint.   (See Doc. 45, at 1.)

ORDER ENTERED at Augusta, Georgia, this 2nd day of March, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA